**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **James P. Butera** | Social Security number or ITIN   xxx–xx–9558 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Sherri L. Butera** | Social Security number or ITIN   xxx–xx–6423 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **21–20399–GLT**

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

James P. Butera                                              Sherri L. Butera

<u>6/16/21</u>                                                         **By the court:**   <u>Gregory L. Taddonio</u>
                                                                                              United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-20399-GLT |
| James P. Butera | Chapter 7 |
| Sherri L. Butera | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 6 |
| Date Rcvd: Jun 16, 2021 | Form ID: 318 | Total Noticed: 82 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James P. Butera, Sherri L. Butera, 105 Maple Drive, Industry, PA 15052-1745 |
| cr | + | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15343361 | | AssetCare, Lee Morris, Sherman, TX 75090 |
| 15343365 | + | Butler Medical Providers, P O Box 1549 - Suite 301, Butler, PA 16003-1549 |
| 15343364 | | Butler Medical Providers, PO Box 1549, Butler, PA 16003-1549 |
| 15343366 | + | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001-4697 |
| 15343371 | | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 15343373 | + | Caring Hands Pediatrics, P.O. Box 644252, Pittsburgh, PA 15264-4252 |
| 15343389 | + | Creditech/Cbalv, 50 North 7th St, Bangor, PA 18013-1791 |
| 15343390 | + | Creditech/Cbalv, Attn:Collections, Po Box 99, Bangor, PA 18013-0099 |
| 15343396 | + | Flagstar Bank, PO Box 660263, Dallas, TX 75266-0263 |
| 15343398 | + | Heritage Valley Emergency Phys, 1000 Dutch Ridge Road, Beaver, PA 15009-9727 |
| 15343405 | + | Heritage Valley Health System, c/o Transworld System Inc., PO Box 827221, Philadelphia, PA 19182-7221 |
| 15343406 | | Heritage Valley Health System, Sewickley Valley Hospital, PO Box 643439, Pittsburgh, PA 15264 |
| 15343399 | + | Heritage Valley Health System, PO Box 536589, Pittsburgh, PA 15253-5907 |
| 15343409 | + | Magisterial District Judge 36-2-02, Honorable John W. Armour, 175 Friendship Circle, Beaver, PA 15009-1395 |
| 15343411 | + | Penn Credit, Attn: Bankruptcy, Po Box 988, Harrisburg, PA 17108-0988 |
| 15343410 | + | Penn Credit, 2800 Commerce Drive, Harrisburg, PA 17110-9307 |
| 15343412 | | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 15343413 | + | Preferred Primary Care Physi, PO Box 5257, New York, NY 10008-5257 |
| 15343414 | + | Preferred Primary Care Physicians, PO Box 5257, New York, NY 10008-5257 |
| 15343415 | | Quest Diagnostics Incorporated, PO Box 7306, Hollister, MO 65673-7306 |
| 15343419 | + | Receivables Managemnt Partners, Attn: Bankruptcy, Po Box 630844, Cincinnati, OH 45263-0844 |
| 15343422 | + | Snap On Crdt, 950 Technology Way, Libertyville, IL 60048-5339 |
| 15343423 | + | Snap On Crdt, 950 Technology Way, Suite 301, Libertyville, IL 60048-5339 |
| 15343424 | + | Sychrony Bank / Home, PO Box 965036, Orlando, FL 32896-5036 |
| 15343440 | + | UPMC For Kids, P.O. Box 2999, Pittsburgh, PA 15230-2999 |
| 15343441 | + | Valley Gastroenterology Assoc., 100 Knowlson Avenue, Beaver Falls, PA 15010-1634 |
| 15343444 | + | Vervent/yamaha Motor F, Po Box 504125, San Diego, CA 92150-4125 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Jun 17 2021 03:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 16 2021 23:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Jun 17 2021 03:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA |

Case 21-20399-GLT    Doc 26    Filed 06/18/21    Entered 06/19/21 00:29:58    Desc Imaged
Certificate of Notice    Page 4 of 8

| District/off: 0315-2 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Jun 16, 2021 | Form ID: 318 | Total Noticed: 82 |

| | | | | |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 16 2021 23:25:00 | 17128-0946<br>Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Jun 17 2021 03:28:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jun 16 2021 23:27:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | EDI: RECOVERYCORP.COM | Jun 17 2021 03:28:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15343358 | + | EDI: GMACFS.COM | Jun 17 2021 03:28:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15343357 | + | EDI: GMACFS.COM | Jun 17 2021 03:28:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15343359 | + | EDI: CAPIO.COM | Jun 17 2021 03:28:00 | Asset Care LLC, Dept. 0540, PO Box 120540, Dallas, TX 75312-0540 |
| 15343360 | + | EDI: CAPIO.COM | Jun 17 2021 03:28:00 | AssetCare, Lee Morris, PO Box 3269, Sherman, TX 75091-3269 |
| 15343362 | + | EDI: CAPIO.COM | Jun 17 2021 03:28:00 | AssetCare, Attn: Bankruptcy, Po Box 1127, Sherman, TX 75091-1127 |
| 15343372 | | EDI: CAPITALONE.COM | Jun 17 2021 03:28:00 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 15343367 | + | Email/Text: info@phoenixfinancialsvcs.com | Jun 16 2021 23:25:23 | Canonsburg General Hospital, c/o Phoenix Financial Services, PO Box 361450, Indianapolis, IN 46236-1450 |
| 15343370 | + | EDI: CAPITALONE.COM | Jun 17 2021 03:28:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15343368 | + | EDI: CAPITALONE.COM | Jun 17 2021 03:28:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15343374 | + | Email/Text: bankrupt@choicerecovery.com | Jun 16 2021 23:25:00 | Choice Recovery, 1105 Schrock Road, Columbus, OH 43229-1168 |
| 15343375 | + | Email/Text: bankrupt@choicerecovery.com | Jun 16 2021 23:25:00 | Choice Recovery, Attn: Bankruptcy, 1550 Old Henderson Rd, Ste 100, Columbus, OH 43220-3662 |
| 15343376 | + | Email/Text: bankruptcy@clearviewfcu.org | Jun 16 2021 23:26:00 | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15343379 | | EDI: WFNNB.COM | Jun 17 2021 03:28:00 | Comenity, PO Box 659728, San Antonio, TX 78265-9728 |
| 15343380 | + | EDI: WFNNB.COM | Jun 17 2021 03:28:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15343381 | + | EDI: WFNNB.COM | Jun 17 2021 03:28:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15343383 | + | EDI: CCS.COM | Jun 17 2021 03:28:00 | Credit Collection Services, Attn: Bankruptcy, Po Box 773, Needham, MA 02494-0918 |
| 15343382 | + | EDI: CCS.COM | Jun 17 2021 03:28:00 | Credit Collection Services, Po Box 447, Norwood, MA 02062-0447 |
| 15343386 | + | EDI: CCUSA.COM | Jun 17 2021 03:28:00 | Credit Collections USA, LLC, Attn: Bankruptcy, 16 Distributor Drive Ste 1, Morgantown, WV 26501-7209 |
| 15343384 | + | EDI: CCUSA.COM | Jun 17 2021 03:28:00 | Credit Collections USA, LLC, 16 Distributor |

Case 21-20399-GLT    Doc 26    Filed 06/18/21    Entered 06/19/21 00:29:58    Desc Imaged
Certificate of Notice    Page 5 of 8

| District/off: 0315-2 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Jun 16, 2021 | Form ID: 318 | Total Noticed: 82 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Drive, Morgantown, WV 26501-0121 |
| 15343388 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jun 16 2021 23:26:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15343387 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jun 16 2021 23:26:00 | Credit Management Company, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15343392 | | EDI: DISCOVER.COM | Jun 17 2021 03:28:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15343391 | | EDI: DISCOVER.COM | Jun 17 2021 03:28:00 | Discover, PO Box 6103, Carol Stream, IL 60197-6103 |
| 15343393 | + | EDI: DISCOVER.COM | Jun 17 2021 03:28:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15350623 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 16 2021 23:27:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15343395 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jun 16 2021 23:26:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15343394 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jun 16 2021 23:26:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15343397 | + | Email/Text: paparalegals@pandf.us | Jun 16 2021 23:27:00 | Gregg L. Morris, Esq., Patenaude & Felix, 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 15343407 | | EDI: JEFFERSONCAP.COM | Jun 17 2021 03:28:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15343408 | | EDI: JEFFERSONCAP.COM | Jun 17 2021 03:28:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 15343416 | + | Email/Text: EBN_IndianapolisIMC@receivemoremp.com | Jun 16 2021 23:27:00 | Receivables Managemnt Partners, 6955 Hillsdale Court, Indianapolis, IN 46250-2054 |
| 15343426 | + | EDI: RMSC.COM | Jun 17 2021 03:28:00 | SYNCB, PO Box 530948, Atlanta, GA 30353-0948 |
| 15343425 | + | EDI: RMSC.COM | Jun 17 2021 03:28:00 | SYNCB, PO Box 965036, Orlando, FL 32896-5036 |
| 15343427 | + | EDI: RMSC.COM | Jun 17 2021 03:28:00 | Syncb/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15343429 | + | EDI: RMSC.COM | Jun 17 2021 03:28:00 | Syncb/HH Gregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15343430 | + | EDI: RMSC.COM | Jun 17 2021 03:28:00 | Syncb/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15343428 | + | EDI: RMSC.COM | Jun 17 2021 03:28:00 | Syncb/ccdstr, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15344507 | + | EDI: RMSC.COM | Jun 17 2021 03:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15343433 | + | EDI: RMSC.COM | Jun 17 2021 03:28:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15343432 | + | EDI: RMSC.COM | Jun 17 2021 03:28:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15343435 | + | EDI: RMSC.COM | Jun 17 2021 03:28:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15343434 | + | EDI: RMSC.COM | Jun 17 2021 03:28:00 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15343437 | + | EDI: RMSC.COM | Jun 17 2021 03:28:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po |

Case 21-20399-GLT    Doc 26    Filed 06/18/21    Entered 06/19/21 00:29:58    Desc Imaged
Certificate of Notice    Page 6 of 8

| District/off: 0315-2 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Jun 16, 2021 | Form ID: 318 | Total Noticed: 82 |

| Recip ID | | | | |
|---|---|---|---|---|
| 15343436 | | + EDI: RMSC.COM | Jun 17 2021 03:28:00 | Box 965060, Orlando, FL 32896-5060<br>Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15343439 | | + Email/Text: bankruptcydepartment@tsico.com | Jun 16 2021 23:26:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15343438 | | + Email/Text: bankruptcydepartment@tsico.com | Jun 16 2021 23:26:00 | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 15343443 | | + EDI: VERIZONCOMB.COM | Jun 17 2021 03:28:00 | Verizon Wireless, PO Box 25505, Lehigh Valley, PA 18002-5505 |
| 15343442 | | + EDI: VERIZONCOMB.COM | Jun 17 2021 03:28:00 | Verizon Wireless, 1095 Avenue of the Americas, New York, NY 10036-6704 |

TOTAL: 55

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| 15343431 | | Syncb/walmart |
| 15350661 | | Syncb/walmart |
| 15350587 | *+ | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15350586 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15350588 | *+ | Asset Care LLC, Dept. 0540, PO Box 120540, Dallas, TX 75312-0540 |
| 15350590 | * | AssetCare, Lee Morris, Sherman, TX 75090 |
| 15350589 | *+ | AssetCare, Lee Morris, PO Box 3269, Sherman, TX 75091-3269 |
| 15343363 | *+ | AssetCare, Attn: Bankruptcy, Po Box 1127, Sherman, TX 75091-1127 |
| 15350591 | *+ | AssetCare, Attn: Bankruptcy, Po Box 1127, Sherman, TX 75091-1127 |
| 15350592 | *+ | AssetCare, Attn: Bankruptcy, Po Box 1127, Sherman, TX 75091-1127 |
| 15350594 | *+ | Butler Medical Providers, P O Box 1549 - Suite 301, Butler, PA 16003-1549 |
| 15350593 | * | Butler Medical Providers, PO Box 1549, Butler, PA 16003-1549 |
| 15350595 | *+ | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001-4697 |
| 15350601 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 15350596 | *+ | Canonsburg General Hospital, c/o Phoenix Financial Services, PO Box 361450, Indianapolis, IN 46236-1450 |
| 15350599 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15343369 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15350597 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15350598 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15350600 | * | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 15350602 | *+ | Caring Hands Pediatrics, P.O. Box 644252, Pittsburgh, PA 15264-4252 |
| 15350603 | *+ | Choice Recovery, 1105 Schrock Road, Columbus, OH 43229-1168 |
| 15350604 | *+ | Choice Recovery, Attn: Bankruptcy, 1550 Old Henderson Rd, Ste 100, Columbus, OH 43220-3662 |
| 15343377 | *+ | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15343378 | *+ | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15350605 | *+ | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15350606 | *+ | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15350607 | *+ | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15350608 | * | Comenity, PO Box 659728, San Antonio, TX 78265-9728 |
| 15350609 | *+ | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15350610 | *+ | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15350612 | *+ | Credit Collection Services, Attn: Bankruptcy, Po Box 773, Needham, MA 02494-0918 |
| 15350611 | *+ | Credit Collection Services, Po Box 447, Norwood, MA 02062-0447 |
| 15350615 | *+ | Credit Collections USA, LLC, Attn: Bankruptcy, 16 Distributor Drive Ste 1, Morgantown, WV 26501-7209 |
| 15343385 | *+ | Credit Collections USA, LLC, 16 Distributor Drive, Morgantown, WV 26501-0121 |
| 15350613 | *+ | Credit Collections USA, LLC, 16 Distributor Drive, Morgantown, WV 26501-0121 |
| 15350614 | *+ | Credit Collections USA, LLC, 16 Distributor Drive, Morgantown, WV 26501-0121 |
| 15350617 | *+ | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15350616 | *+ | Credit Management Company, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15350618 | *+ | Creditech/Cbalv, 50 North 7th St, Bangor, PA 18013-1791 |

Case 21-20399-GLT   Doc 26   Filed 06/18/21   Entered 06/19/21 00:29:58   Desc Imaged
Certificate of Notice   Page 7 of 8

| District/off: 0315-2 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Jun 16, 2021 | Form ID: 318 | Total Noticed: 82 |

| | | |
|---|---|---|
| 15350619 | *+ | Creditech/Cbalv, Attn:Collections, Po Box 99, Bangor, PA 18013-0099 |
| 15350621 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15350620 | * | Discover, PO Box 6103, Carol Stream, IL 60197-6103 |
| 15350622 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15350625 | *+ | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15350626 | *+ | Flagstar Bank, PO Box 660263, Dallas, TX 75266-0263 |
| 15350624 | *+ | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15350627 | *+ | Gregg L. Morris, Esq., Patenaude & Felix, 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 15350628 | *+ | Heritage Valley Emergency Phys, 1000 Dutch Ridge Road, Beaver, PA 15009-9727 |
| 15350635 | *+ | Heritage Valley Health System, c/o Transworld System Inc., PO Box 827221, Philadelphia, PA 19182-7221 |
| 15350636 | * | Heritage Valley Health System, Sewickley Valley Hospital, PO Box 643439, Pittsburgh, PA 15264 |
| 15343404 | *+ | Heritage Valley Health System, PO Box 536589, Pittsburgh, PA 15253-5907 |
| 15350629 | *+ | Heritage Valley Health System, PO Box 536589, Pittsburgh, PA 15253-5907 |
| 15350630 | *+ | Heritage Valley Health System, PO Box 536589, Pittsburgh, PA 15253-5907 |
| 15350631 | *+ | Heritage Valley Health System, PO Box 536589, Pittsburgh, PA 15253-5907 |
| 15350632 | *+ | Heritage Valley Health System, PO Box 536589, Pittsburgh, PA 15253-5907 |
| 15350633 | *+ | Heritage Valley Health System, PO Box 536589, Pittsburgh, PA 15253-5907 |
| 15350634 | *+ | Heritage Valley Health System, PO Box 536589, Pittsburgh, PA 15253-5907 |
| 15343400 | *+ | Heritage Valley Health System, PO Box 536589, Pittsburgh, PA 15253-5907 |
| 15343401 | *+ | Heritage Valley Health System, PO Box 536589, Pittsburgh, PA 15253-5907 |
| 15343402 | *+ | Heritage Valley Health System, PO Box 536589, Pittsburgh, PA 15253-5907 |
| 15343403 | *+ | Heritage Valley Health System, PO Box 536589, Pittsburgh, PA 15253-5907 |
| 15350637 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15350638 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 15350639 | *+ | Magisterial District Judge 36-2-02, Honorable John W. Armour, 175 Friendship Circle, Beaver, PA 15009-1395 |
| 15350640 | *+ | Penn Credit, 2800 Commerce Drive, Harrisburg, PA 17110-9307 |
| 15350641 | *+ | Penn Credit, Attn: Bankruptcy, Po Box 988, Harrisburg, PA 17108-0988 |
| 15350642 | * | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 15350643 | *+ | Preferred Primary Care Physi, PO Box 5257, New York, NY 10008-5257 |
| 15350644 | *+ | Preferred Primary Care Physicians, PO Box 5257, New York, NY 10008-5257 |
| 15350645 | * | Quest Diagnostics Incorporated, PO Box 7306, Hollister, MO 65673-7306 |
| 15343417 | *+ | Receivables Managemnt Partners, 6955 Hillsdale Court, Indianapolis, IN 46250-2054 |
| 15343418 | *+ | Receivables Managemnt Partners, 6955 Hillsdale Court, Indianapolis, IN 46250-2054 |
| 15350646 | *+ | Receivables Managemnt Partners, 6955 Hillsdale Court, Indianapolis, IN 46250-2054 |
| 15350647 | *+ | Receivables Managemnt Partners, 6955 Hillsdale Court, Indianapolis, IN 46250-2054 |
| 15350648 | *+ | Receivables Managemnt Partners, 6955 Hillsdale Court, Indianapolis, IN 46250-2054 |
| 15343420 | *+ | Receivables Managemnt Partners, Attn: Bankruptcy, Po Box 630844, Cincinnati, OH 45263-0844 |
| 15343421 | *+ | Receivables Managemnt Partners, Attn: Bankruptcy, Po Box 630844, Cincinnati, OH 45263-0844 |
| 15350649 | *+ | Receivables Managemnt Partners, Attn: Bankruptcy, Po Box 630844, Cincinnati, OH 45263-0844 |
| 15350650 | *+ | Receivables Managemnt Partners, Attn: Bankruptcy, Po Box 630844, Cincinnati, OH 45263-0844 |
| 15350651 | *+ | Receivables Managemnt Partners, Attn: Bankruptcy, Po Box 630844, Cincinnati, OH 45263-0844 |
| 15350656 | *+ | SYNCB, PO Box 530948, Atlanta, GA 30353-0948 |
| 15350655 | *+ | SYNCB, PO Box 965036, Orlando, FL 32896-5036 |
| 15350652 | *+ | Snap On Crdt, 950 Technology Way, Libertyville, IL 60048-5339 |
| 15350653 | *+ | Snap On Crdt, 950 Technology Way, Suite 301, Libertyville, IL 60048-5339 |
| 15350654 | *+ | Sychrony Bank / Home, PO Box 965036, Orlando, FL 32896-5036 |
| 15350657 | *+ | Syncb/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15350659 | *+ | Syncb/HH Gregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15350660 | *+ | Syncb/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15350658 | *+ | Syncb/ccdstr, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15350663 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15350662 | *+ | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15350665 | *+ | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15350664 | *+ | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15350667 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15350666 | *+ | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15350669 | *+ | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15350668 | *+ | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 15350670 | *+ | UPMC For Kids, P.O. Box 2999, Pittsburgh, PA 15230-2999 |
| 15350671 | *+ | Valley Gastroenterology Assoc., 100 Knowlson Avenue, Beaver Falls, PA 15010-1634 |

| | | | |
|---|---|---|---|
| 15350673 | *+ | | Verizon Wireless, PO Box 25505, Lehigh Valley, PA 18002-5505 |
| 15350672 | *+ | | Verizon Wireless, 1095 Avenue of the Americas, New York, NY 10036-6704 |
| 15350674 | *+ | | Vervent/yamaha Motor F, Po Box 504125, San Diego, CA 92150-4125 |

TOTAL: 3 Undeliverable, 101 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric E. Bononi | bankruptcy@bononilaw.com  pa69@ecfcbis.com |
| Kenneth Steidl | on behalf of Joint Debtor Sherri L. Butera julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor James P. Butera julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 7